```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00200 AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| PHILLIP ROBERT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Kelly, Assistant U.S. Attorney and Jeffrey Hammerschmidt, attorney for defendant, that the status conference currently set for January 7, 2008 shall be continued to January 22, 2008 at 9:00 a.m.  The parties also agree that time should be excluded for speedy trial purposes as additional time is needed for defense preparation and plea negotiations to finalize.

///
///
///
///

| | |
|---|---|
| 1   Dated: January 2, 2008 | Respectfully submitted, |
| 2 | McGREGOR W. SCOTT |
| 3 | United States Attorney |
| 4 | By   /s/ Kimberly A. Sanchez |
|   | KIMBERLY A. SANCHEZ |
| 5 | Assistant U.S. Attorney |
| 6   Dated: January 2, 2008 |   /s/ Jeffrey Hammerschmidt |
|   | JEFFREY HAMMERSCHMIDT |
| 7 | Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

**Dated:   January 4, 2008**          /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE