
Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Phillip Robert

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:07-CR-00200  AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR** |
| ) | **CONTINUANCE** |
| vs. ) | |
| ) | |
| PHILLIP ROBERT, ) | |
| ) | |
| Defendant ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant Phillip Robert, and Kimberly Kelly, Assistant United States Attorney, that the status

conference currently set for January 22, 2008 at 9:00 a.m. shall be continued to February 4, 2008

at 9:00 a.m.

Dated:  January 17, 2008                     Respectfully submitted,

                                        /s/ Jeffrey T. Hammerschmidt
                                        JEFFREY T. HAMMERSCHMIDT
                                        Attorney for Defendant,
                                        Robert Frost


Dated:  January 17, 2008                     /s/  Kimberly A. Sanchez
                                        KIMBERLY  A. SANCHEZ
                                        Assistant U.S. Attorney

1

1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
10

11                                              )  Case No.: 1:07-CR-00200 AWI
    UNITED STATES OF AMERICA,                   )
12                                              )
                    Plaintiff,                  )
13                                              )
              vs.                               )
14                                              )
    PHILLIP ROBERT,                             )
15                                              )
                    Defendant                   )
16    _____       )

17                                    ORDER
         It is ORDERED that the status conference currently scheduled for January 22, 2008 at
18  9:00 a.m. be continued to February 4, 2008 at 9:00 a.m.

19
    IT IS SO ORDERED.
20

21
    **Dated:    January 18, 2008**              **/s/ Anthony W. Ishii**
22
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28