# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America<br>vs.<br>Phillip Robert | Case No. 07-0200 AWI |

**FILED FEB 27 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Phillip Robert_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following conditon:

You are released to the third party custody of Tonia Rose.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 2-18-08            _[signature]_ 2-22-08
Signature of Defendant   Date        Pretrial Services Officer   Date
Phillip Robert                       Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                              2-25-08
Signature of Assistant United States Attorney              Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                              2-25-08
Signature of Defense Counsel                                Date
Jeffrey T. Hammerschmidt

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _Feb. 27, 2008_.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                              2/27/08
Signature of Judicial Officer                              Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services