IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP ROBERT,<br><br>Defendant | Case No.: 1:07-CR-00200  AWI<br><br>**STIPULATION AND ORDER FOR CONTINUANCE** |

The parties filed the following stipulation:

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant Phillip Robert, and Kimberly Kelly, Assistant United States Attorney, that the sentencing hearing currently set for May 12, 2008 at 9:00 a.m. shall be continued to June 9, 2008 at 9:00 a.m.

Dated:  May 8, 2008                                    Respectfully submitted,

   /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant,
Robert Frost

Dated:  May 8, 2008                                     /s/  Kimberly A. Sanchez
KIMBERLY  A. SANCHEZ

1

Assistant U.S. Attorney

ORDER

It is ORDERED that the sentencing hearing currently scheduled for May 12, 2008 at 9:00 a.m. be continued to June 9, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:**   **May 8, 2008**            /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

2