1  Jeffrey T. Hammerschmidt
   Attorney at Law
2  2445 Capitol Street, Suite 150
   Fresno, California 93721
3  Tel: (559) 233-5333
   Fax: (559) 485-3852
4
   Attorney for Defendant, Phillip Robert
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  Case No.: 1:07-CR-00200  AWI
                                     )
11                                   )  **STIPULATION AND ORDER FOR**
                                     )  **CONTINUANCE**
12       Plaintiff,                  )
                                     )
13             vs.                   )
                                     )
14  PHILLIP ROBERT,                  )

15        Defendant

16       IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

17  defendant Phillip Robert, and Kimberly Kelly, Assistant United States Attorney, that the

18  sentencing hearing currently set for June 9, 2008 at 9:00 a.m. shall be continued to June 16, 2008

19  at 9:00 a.m.

20  Dated:  June 5, 2008                           Respectfully submitted,

21                                          /s/ Jeffrey T. Hammerschmidt

22
                                            JEFFREY T. HAMMERSCHMIDT
23                                          Attorney for Defendant,
                                            Robert Frost
24

25  Dated:  June 5, 2008                    /s/  Kimberly A. Sanchez
                                                 KIMBERLY  A. SANCHEZ
26                                          Assistant U.S. Attorney

27

28

ORDER

It is ORDERED that the sentencing hearing currently scheduled for June 9, 2008 at 9:00 a.m. be continued to June 16, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:** **June 6, 2008**          /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE