Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Phillip Robert

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PHILLIP ROBERT,<br><br>  Defendant | Case No.: 1:07-CR-00200  AWI<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant Phillip Robert, and Kimberly Sanchez, Assistant United States Attorney, that the sentencing hearing currently set for June 16, 2008 at 9:00 a.m. shall be continued to June 23, 2008 at 9:00 a.m. due to Mr. Hammerschmidt's trial schedule.

Dated:  June 12, 2008                    Respectfully submitted,

                                          /s/ Jeffrey T. Hammerschmidt
                                         JEFFREY T. HAMMERSCHMIDT
                                         Attorney for Defendant,
                                         Robert Frost


Dated:  June 12, 2008                     /s/  Kimberly A. Sanchez
                                         KIMBERLY  A. SANCHEZ
                                         Assistant U.S. Attorney

1

ORDER

It is ORDERED that the sentencing hearing currently scheduled for June 16, 2008 at 9:00 a.m. be continued to June 23, 2008 at 9:00 a.m.


IT IS SO ORDERED.


Dated:     **June 13, 2008**             /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE

2