Jeffrey T. Hammerschmidt
2445 Capitol Street, Ste. 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Phillip Robert

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-00200-AWI |
| Plaintiff, | ) ) | REQUEST TO EXONERATE BAIL AND RECONVEY REAL PROPERTY |
| v. | ) ) | and ORDER THEREON |
| PHILLIP ROBERT, | ) ) | |
| Defendant. | ) ) | |

COMES NOW defendant, through counsel, and hereby requests that bail be exonerated in this matter and that real property posted as security for bail be reconveyed.

In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this court. I am the attorney of record for PHILLIP ROBERT in this matter.

This case resolved by plea agreement and bail is no longer required. The following property was posted as security for bail in the amount of $100,000.00 on or about August 3, 2007:

    Owners:    Phillip Robert

    Address:    7672 El Rovia Cir., Buena Park, 90620

    APN:    136-142-56

I declare under penalty of perjury that the foregoing in true and correct, and that this declaration is executed on December 18, 2008, at Fresno, California.

/s/ Jeffrey T. Hammerschmidt

_____
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant,
Phillip Robert

**ORDER**

IT IS HEREBY ORDERED that bail is exonerated in this matter and the Clerk of the Court is ordered to reconvey the following real property that was posted as security for bail in the amount of $100,000.00 on or about August 3, 2007:

| | |
|---|---|
| Owners: | Phillip Robert |
| Address: | 7672 El Rovia Cir., Buena Park, California, 90620 |
| APN: | 136-142-56 |

IT IS SO ORDERED.

**Dated:   December 19, 2008**          /s/ **Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

2